IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSE ALFREDO SINECIO ZARAZUA, | 8:17CV318 |
| Plaintiff, | |
| v. | MEMORANDUM AND ORDER |
| PETE RICKETTS, JEFF SESSIONS, NEBRASKA STATE GOVERNMENT, and UNITED STATES DEPARTMENT OF JUSTICE, | |
| Defendants. | |

This matter is before the court on Plaintiff's Notice of Appeal (Filing No. 8), and Motion for Leave to Appeal IFP (Filing No. 9), both filed on October 10, 2017. Plaintiff appeals from the court's October 2, 2017 Memorandum and Order (Filing No. 6) and Judgment (Filing No. 7), in which the court dismissed this matter without prejudice on initial review.

Plaintiff was previously granted leave to proceed in forma pauperis in this matter (Filing No. 5). As set forth in Federal Rule of Appellate Procedure 24(a)(3):

> A party who was permitted to proceed in forma pauperis in the district-court action, or who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization, unless:
>
> > (A) the district court--before or after the notice of appeal is filed--certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding . . . .

The court finds that because Plaintiff proceeded in forma pauperis in the district court, he may now proceed on appeal in forma pauperis without further authorization.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion for Leave to Appeal IFP (Filing No. 9) is granted, and Plaintiff may proceed in forma pauperis on appeal.

2. The Clerk of Court shall provide the Eighth Circuit Court of Appeals with a copy of this order.

DATED this 16th day of October, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge